# United States Court of Appeals for the Fifth Circuit

―――――――――

No. 24-50860

―――――――――

Rickye Bernard Henderson, Sr.,

*Plaintiff—Appellant*,

*versus*

Honorable Jan Soifer, *Individually and in her official capacity as Judge of the 345th Judicial District of Travis County*; Honorable Jessica Mangrum, *Individually and in her official capacity as Judge of the 200th Judicial District of Travis County*; Honorable Scott McCown, *Individually and in his official capacity*; Armbrust & Brown, P.L.L.C.; David King, *Individually and in his official capacity as attorney*; Guillermo Alarcon, *Individually and in his official capacity as attorney*; Honorable David Phillips, *Individually and in his official capacity*,

*Defendants—Appellees*.

―――――――――――――――――――――

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:24-CV-771

―――――――――――――――――――――

Before Higginbotham, Jones, and Oldham, *Circuit Judges*.

Per Curiam:[*]

―――――――――――――――

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

United States Court of Appeals
Fifth Circuit

**FILED**

April 23, 2025

Lyle W. Cayce
Clerk

No. 24-50860

This appeal comes to us from Judge Pitman, who adopted Magistrate Judge Dustin Howell's report and recommendation that the complaint be dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). That sub-paragraph requires the court to dismiss the case if it determines that the action or appeal is frivolous or fails to state a claim on which relief may be granted. We find no basis to reverse the able district court's decision. Accordingly, we AFFIRM.